# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-0895
Lower Tribunal No. 2023-CA-012500

———————————————

TERRANCE B. GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Michael McHugh, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

SMITH, MIZE and BROWNLEE, JJ., concur.

Terrance B. Graham, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Francis Muir, Chief Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED